***E-Filed 4/11/11*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUZ VELARDE, | No. C 10-4315 RS |
|         Plaintiff,<br>v. | **ORDER REFERRING LITIGANT TO THE FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |
| DEPARTMENT OF MOTOR VEHICLES, | |
|         Defendant. | |

The plaintiff Luz Velarde, having requested and being in need of counsel to assist her for the limited purpose of a settlement conference with a Magistrate Judge, and good and just cause appearing:

IT IS HEREBY ORDERED that Luz Velarde shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

No. C 10-4315 RS
ORDER

2. Upon being notified by the BASF that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for the limited purposes of a settlement conference with a Magistrate Judge in this matter until further order from the Court.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Luz Velarde as detailed above.

IT IS SO ORDERED.

Dated: 4/11/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-4315 RS
ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Luz Velarde**

1656 Broadway Street

Vallejo, CA 94590

DATED:  4/11/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

**United States District Court**
For the Northern District of California

No. C 10-4315 RS
ORDER