*E-Filed 5/25/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LUZ VELARDE,                                            No. C 10-4315 RS

      Plaintiff,                                    **ORDER APPOINTING COUNSEL**

  v.

DEPARTMENT OF MOTOR VEHICLES,

      Defendant.
_____/

    Because the plaintiff, Luz Velarde, has requested and is in need of counsel to assist in this matter and a voluntary attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Kristin Oliveira is hereby appointed as counsel for Karol Davenport in this matter. Pursuant to the Guidelines for the Federal Pro Bono Project, this matter is stayed for four weeks from the date of this Order.

    IT IS SO ORDERED.

Dated: 5/24/11

                                            RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Luz Velarde**
1656 Broadway Street
Vallejo, CA 94590

**Kristen Oliveira, Esq.**
Curiale Hirschfield Kraemer, LLP
727 Sansome Street
San Francisco, CA 94111

DATED:   5/25/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

No. C 10-4315 RS
ORDER APPOINTING COUNSEL