*E-Filed 6/30/11*

United States District Court
For the Northern District of California

1
2
3
4
5
6
7  IN THE UNITED STATES DISTRICT COURT
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO DIVISION
10
11  LUZ VELARDE,                              No. C 10-4315 RS
12            Plaintiff,              **[AMENDED] ORDER APPOINTING
                                       COUNSEL**
13      v.
14  DEPARTMENT OF MOTOR VEHICLES,
15
16            Defendant.
   _____/
17        Because the plaintiff, Luz Velarde, has requested and is in need of counsel to assist in this
18  matter and a voluntary attorney is willing to be appointed to undertake this representation at the
19  request of the Federal Pro Bono Project, Kristin Oliveira is hereby appointed as counsel for Luz
20  Velarde in this matter.  Pursuant to the Guidelines for the Federal Pro Bono Project, this matter is
21  stayed for four weeks from the date of this Order.
22
23        IT IS SO ORDERED.
24
25  Dated:  5/24/11                    _____
26                                     RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE
27
28