KRISTIN L. OLIVEIRA (SBN 204384)
koliveira@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

*Attorneys for Plaintiff*
*LUZ VELARDE*

JENNIFER G. PERKELL (SBN 203205)
Jennifer.Perkell@doj.ca.gov
Deputy Attorney General
Attorney General of California
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
Telephone:  (510) 622-2211
Facsimile:  (510) 622-2121

*Attorneys for Defendants*
*DMV, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ VELARDE,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPT. OF MOTOR VEHICLES, et al,<br><br>    Defendants. | Case No.  10-04315 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  September 24, 2010<br><br>CMC: September 1, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Richard Seeborg<br>Courtroom 3 (17th Floor) |

TO THE COURT:

Plaintiff Luz Velarde ("Plaintiff") and Defendants Department of Motor Vehicles, Joyce Whitley, Irina Rudovsky, Hurshel Cunningham, Evangeline Grant, and Joshna Charita

1

1  ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby

2  stipulate and agree as follows:

3  WHEREAS this matter is currently scheduled to come before the Court on September 1,

4  2011 at 10:00 a.m. for a Further Case Management Conference;

5  WHEREAS the Parties attended a Settlement Conference on August 25, 2011 and are

6  continuing to engage diligently in settlement negotiations and expect to come to a conclusion on

7  or before September 12, 2011 whether they can achieve an informal settlement;

8  WHEREAS the Parties will appear before Honorable Bernard Zimmerman on September

9  20, 2011 for a continued Settlement Conference if the parties do not reach a settlement resolution

10  through their respective counsel on or before September 12, 2011; and,

11  WHEREAS the Parties have agreed to continue the September 1, 2011 Case Management

12  Conference to October 13, 2011, or a date thereafter that is convenient for this Court so that they

13  may continue their settlement discussions and potentially resolve this matter without further

14  Court involvement.

15  IT IS HEREBY STIPULATED by and between the Parties, through their respective

16  counsel of record, that the Case Management Conference be moved to **October 13, 2011**, or a

17  date thereafter.

18  DATED: August 25, 2011                            CURIALE HIRSCHFELD KRAEMER LLP

20                                                  By: /s/ Kristin-L.-Oliveira
21                                                      Kristin L. Oliveira
                                                        Attorney for Plaintiff

23  DATED: August 25, 2011                            KAMALA D. HARRIS
                                                      Attorney General of California
24                                                    FIEL D. TIGNO
                                                      Supervising Deputy Attorney General

26                                                  By: /s/ Jennifer G. Perkell
                                                        Jennifer G. Perkell
27                                                      Deputy Attorney General
28                                                      Attorneys for Defendants

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this e-filed document.

3  By: /s/ Kristin-L-Oliveira

## ~~[PROPOSED]~~ COURT ORDER

The Further Case Management Conference currently scheduled for September 1, 2011 is vacated. The Court reschedules the Further Case Management Conference to <u>October 13, 2011 at 10:00 a.m.</u>

**IT IS SO ORDERED:**

Dated: August 26, 2011        By: _____
                                   Honorable Judge Richard Seeborg