*E-Filed 9/14/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LUZ VELARDE,

        Plaintiffs,

v.

DMV, ET AL.,

        Defendants.

No. C 10-04315 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 10, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 17, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 9/14/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE