KRISTIN L. OLIVEIRA (SBN 204384)
KOliveira@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

*Attorneys for Plaintiff*
LUZ VELARDE

JENNIFER G. PERKELL (SBN 203205)
Jennifer.Perkell@doj.ca.gov
Deputy Attorney General
Attorney General of California
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
Telephone: (510) 622-2211
Facsimile: (510) 622-2121

*Attorneys for Defendants*
DMV, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ VELARDE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEPT. OF MOTOR VEHICLES, et al,<br><br>　　　　　Defendants. | Case No. 10-04315 RS<br><br>**STIPULATION RE DISMISSAL;<br>~~[PROPOSED]~~ ORDER**<br><br>Complaint Filed: September 24, 2010 |

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their designated counsel of record, that the above-captioned action be, and hereby is, dismissed with prejudice, in its entirety, pursuant to FRCP 41. Each party will bear her, or its, own attorneys' fees and costs of suit.

1

| | | |
|---|---|---|
| 1 | DATED: November 7, 2011 | CURIALE HIRSCHFELD KRAEMER LLP |
| 2 | | |
| 3 | | By: /s/ *Kristin-L.-Oliveira* |
| 4 | | Kristin L. Oliveira<br>Attorney for Plaintiff |
| 5 | | |
| 6 | DATED: November 7, 2011 | OFFICE OF THE ATTORNEY GENERAL<br>KAMALA D. HARRIS |
| 7 | | Attorney General of California<br>FIEL D. TIGNO |
| 8 | | Supervising Deputy Attorney General |
| 9 | | |
| 10 | | By: /s/ *Jennifer G. Perkell*<br>Jennifer G. Perkell |
| 11 | | Deputy Attorney General<br>Attorneys for Defendants |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

By: /s/ Kristin-L-Oliveira

### [PROPOSED] COURT ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice, in its entirety.

**IT IS SO ORDERED:**

Dated: November 7, 2011     By: _[signature]_
Honorable Judge Richard Seeborg

2

STIPULATION RE: DISMISSAL; [PROPOSED] ORDER
CASE NO.: 10-04315 RS