KRISTIN L. OLIVEIRA (SBN 204384)
KOliveira@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

*Attorneys for Plaintiff*
*LUZ VELARDE*

JENNIFER G. PERKELL (SBN 203205)
Jennifer.Perkell@doj.ca.gov
Deputy Attorney General
Attorney General of California
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
Telephone: (510) 622-2211
Facsimile: (510) 622-2121

*Attorneys for Defendants*
*DMV, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ VELARDE, <br><br> Plaintiff, <br><br> vs. <br><br> DEPT. OF MOTOR VEHICLES, et al, <br><br> Defendants. | Case No. 10-04315 RS <br><br> **STIPULATION RE DISMISSAL;** **[PROPOSED] ORDER** <br><br> Complaint Filed: September 24, 2010 |

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their designated counsel of record, that the above-captioned action be, and hereby is, dismissed with prejudice, in its entirety, pursuant to FRCP 41. Each party will bear her, or its, own attorneys' fees and costs of suit.

1

DATED: November 7, 2011      CURIALE HIRSCHFELD KRAEMER LLP

By: /s/ Kristin-L.-Oliveira
Kristin L. Oliveira
Attorney for Plaintiff

DATED: November 7, 2011      OFFICE OF THE ATTORNEY GENERAL
KAMALA D. HARRIS
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General

By: /s/ Jennifer G. Perkell
Jennifer G. Perkell
Deputy Attorney General
Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

By: /s/ Kristin-L-Oliveira

### [PROPOSED] COURT ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice, in its entirety.

IT IS SO ORDERED:

Dated: November 7, 2011      By: _[signature]_
Honorable Judge Richard Seeborg

2

STIPULATION RE: DISMISSAL; [PROPOSED] ORDER
CASE NO.: 10-04315 RS